

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00543-CR

Victor Antonio **MARTINEZ BLANCO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-07-13332-CR
Honorable Daniel J. Kindred, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 26, 2023.

_____
Beth Watkins, Justice